UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

MICHAEL ANDREW KITCHEN-BEY,

    Plaintiff,                      Case No. 1:93-cv-792

v.                                  HON. JANET T. NEFF

RAYMOND TOOMBS et al.,

    Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 23, 2011, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Compel Performance of Settlement Agreement(s) (Dkt. 90 ) is **DENIED** for the reasons stated in the Report and Recommendation.


Dated: March 21, 2011                          /s/Janet T. Neff
                                                   JANET T. NEFF
                                                   UNITED STATES DISTRICT JUDGE